pursuant to Missouri Rule of Criminal Procedure 30.25(b).

Gerald EDWARDS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 101855

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: September 15, 2015

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

### ORDER

PER CURIAM.

Gerald Edwards appeals from the motion court's judgment denying, following an evidentiary hearing, his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 29.15.[1] We have reviewed the briefs of the parties and the record on appeal and con-

---

1. All rule references are to Mo.R.Crim.P.

clude the judgment of the motion court was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

2013, unless otherwise indicated.